William M. Zimmerman, State Bar No. 126531
Lori S. DeCristo, State Bar No. 136756
**PISEGNA & ZIMMERMAN  LLC**
5170 North Sepulveda Boulevard
Suite 230
Sherman Oaks, California 91403
Telephone (818) 377-2200

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMANDA JEAN WHEELER,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 2:20-cv-07265-SHK<br><br>[~~PROPOSED~~]<br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for award of EAJA Fees("Stipulation")

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SIX HUNDRED EIGHTEEN DOLLARS ($1,618.00) in fees and $400.00 in costs, for a total amount of TWO THOUSAND EIGHTEEN DOLLARS ($2,018.00), subject to the terms of the stipulation.

DATED: May 10, 2021

_____
HON SHASHI H. KEWALARAMANI
UNITED STATES MAGISTRATE JUDGE